MICHAEL M. CARLSON (SBN 88048)
E-mail:  MCarlson@Schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Plaintiff
REFLEX PACKAGING, INC.

GREGORY J. LAVORGNA (Pro Hac Vice)
E-mail:  Gregory.Lavorgna@dbr.com
S. FEY EPLING (SBN 190025)
E-mail:  fey.epling@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:     (415) 591-7500
Facsimile:      (415) 591-7510

Attorneys for Defendant
STEPHEN GOULD CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REFLEX PACKAGING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN GOULD CORPORATION,<br><br>Defendant. | Case No. 5:10-cv-2909 (LHK)<br><br>**JOINT REQUEST FOR MODIFICATION OF FILING DEADLINE FOR JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>The Hon. Lucy H. Koh<br><br>[Complaint Filed:  July 1, 2010] |

**WHEREAS**, Plaintiff, Reflex Packaging, Inc. ("Plaintiff") filed the Complaint on July 1, 2010 and served the Complaint on Defendant, Stephen Gould Corporation ("Defendant") on July 2, 2010;

**WHEREAS**, a Reassignment Order was entered on August 2, 2010, assigning this case to the Honorable Lucy H. Koh;

1   **WHEREAS**, the Reassignment Order directed the parties to file a Joint Case Management
2   Statement no later than August 18;

3   **WHEREAS**, counsel for Plaintiff has a pre-planned vacation schedule for August 7-22;

4   **WHEREAS**, Plaintiff's counsel's vacation would make it a hardship for Plaintiff's
5   counsel to complete the Joint Case Management Statement by August 18;

6   **WHEREAS**, Defendant does not object to a short continuance of the due date for the
7   Joint Case Management Statement, if such continuance is agreeable to the Court;

8   **NOW THEREFORE, IT IS STIPULATED AND AGREED THAT**:

9   The parties, through their respective counsel of record, jointly request that the
10  Reassignment Order be modified to required that the parties to file a Joint Case Management
11  Statement no later than August 27, 2010

13  Dated: August 6, 2010          DRINKER BIDDLE & REATH LLP

15                                 By: /s/ *Gregory J. Lavorgna*
                                       Gregory J. Lavorgna

16                                 **Attorneys for Defendant**
17                                 **Stephen Gould Corporation**

18  Dated: August 6, 2010          SCHNADER HARRISON SEGAL & LEWIS LLP

20                                 By: /s/ *Michael M. Carlson*
                                       Michael M. Carlson

21                                 **Attorneys for Plaintiff**
22                                 **Reflex Packaging, Inc.**

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  Date:   ___8/6/2010_____        *Lucy H. Koh*
27                                            Hon. Lucy H. Koh
                                              UNITED STATES DISTRICT JUDGE