MICHAEL M. CARLSON (SBN 88048)
MCarlson@Schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Plaintiff and Counterclaim Defendant
REFLEX PACKAGING, INC.

S. FEY EPLING (SBN 190025)
fey.epling@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:    (415) 591-7500
Facsimile:     (415) 591-7510

GREGORY J. LAVORGNA *(admitted pro hac vice)*
gregory.lavorgna@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA  19103-6996
Telephone:    (215) 988-2700
Facsimile:     (215) 988-2757

Attorneys for Defendant and Counterclaimant
STEPHEN GOULD CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| REFLEX PACKAGING, INC., <br>         Plaintiff, <br> v. <br> STEPHEN GOULD CORPORATION, <br>         Defendant. | Case No. 5:10-cv-2909 (LHK) <br> **STIPULATION REQUESTING ORDER SHORTENING TIME TO RESOLVE DISPUTE REGARDING CONTENTS OF PROTECTIVE ORDER** <br> **(Local Rule 6-2)** |
| STEPHEN GOULD CORPORATION, <br>         Counterclaimant, <br> v. <br> REFLEX PACKAGING, INC., <br>         Counter-Defendant. | **[Complaint Filed:  July 1, 2010]** |

1  The Parties to this action request that the Court enter an order shortening the time for a
2  hearing on a motion to resolve their dispute regarding the content of a protective order regarding
3  discovery to be entered in this matter.  The Parties request that the matter be heard as part of the
4  Court's normal civil law and motion calendar at 10:00 a.m. on February 8, 2011.

5  On January 12, 2011, Judge Koh entered a Minute Order and Case Management Order.  In
6  that Order, the Court instructed the parties to submit a stipulated protective order by January 26,
7  2011.  The parties have negotiated in good faith, and have been able to resolve most, although
8  not all, issues regarding the protective order.  On January 26, the Parties notified Judge Koh
9  (a) that they had not reached an agreement on all items of the protective order, and (b) that the
10 parties would submit their remaining disputes to Magistrate Judge Grewal, who has been assigned
11 to handle discovery regarding the case.

12 As set forth in the accompanying declaration of Michael M. Carlson, the parties seek
13 expedited resolution of their dispute, because Judge Koh has referred the case to an early
14 settlement conference before Magistrate Judge Chen.  That settlement conference is set to take
15 place on March 1, 2011.  Settlement Conference Statements are to be lodged with Judge Chen no
16 later than February 15.  The protective order is necessary to facilitate the exchange of information
17 in advance of the settlement conference and the submission of Settlement Conference Statements.
18 The parties believe that the remaining issues are discrete and that extensive briefing is unnecessary
19 to adequately present their positions to the Court for resolution.

20 As a result, the Parties joint request that the Court enter an order adopting the following
21 schedule:

22 January 28, 2011      Plaintiff's Brief in Support of Motion to Resolve Issues Regarding
23 Content of Protective Order

24 February 1, 2011      Defendant's Opposition Brief

25 ///
26 ///
27 ///
28

1 | No reply brief will be filed.

2 | February 8, 2011     Hearing on Motion

3 | Respectfully submitted,

4 | Dated: January 28, 2011           SCHNADER HARRISON SEGAL & LEWIS LLP

6 | By: /s/ *Michael M. Carlson*
   | Michael M. Carlson
   | Attorneys for Plaintiff
7 | Reflex Packaging, Inc.

8 | Dated: January 28, 2011           DRINKER BIDDLE & REATH LLP

9 |
   | By: /s/ *Gregory J. Lavorgna*
10 | Gregory J. Lavorgna
   | Attorneys for Defendant
11 | Stephen Gould Corporation

12 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

15 | Date:   January 30, 2011          _____
   |                                   Hon. Paul Singh Grewal
16 |                                   UNITED STATES MAGISTRATE JUDGE