UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| REFLEX PACKAGING INC., | ) | Case No.:10-CV-02909-LHK |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER REGARDING FILING OF |
| STEPHEN GOULD CORPORATION, | ) | DISMISSAL |
| Defendant. | ) | |
| | ) | |

On March 18, 2011, the mediator in this case filed a statement indicating that the case settled in full during mediation. *See* Dkt. No. 48. The parties shall file a stipulation dismissing all claims by March 31, 2011.

**IT IS SO ORDERED.**

Dated: March 21, 2011

_____
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-02909-LHK
ORDER REGARDING DISMISSAL