1

<u>ORDER</u>

2      The parties having stipulated, and good cause appearing therefor, this Court hereby

3  orders that the date upon which the parties must file a stipulation dismissing all claims

4  pursuant to the settlement reached on March 18, 2011 is continued to April 15, 2011.

5  **IT IS SO ORDERED.**

6  Dated: _____April 5_____, 2011

7

8  _____
   LUCY H. KOH

9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

**JOINT STATEMENT REGARDING
STATUS OF STIPULATION RE
DISMISSAL**