| | |
|---|---|
| 1 | MICHAEL M. CARLSON (SBN 88048) |
| 2 | E-mail: MCarlson@Schnader.com<br>SCHNADER HARRISON SEGAL & LEWIS LLP |
| 3 | One Montgomery Street, Suite 2200<br>San Francisco, California 94104-5501 |
| 4 | Telephone: 415-364-6700<br>Facsimile: 415-364-6785 |
| 5 | Attorneys for Plaintiff |
| 6 | REFLEX PACKAGING, INC. |
| 7 | GREGORY J. LAVORGNA (Pro Hac Vice) |
| 8 | E-mail: Gregory.Lavorgna@dbr.com<br>S. FEY EPLING (SBN 190025) |
| 9 | E-mail: fey.epling@dbr.com<br>DRINKER BIDDLE & REATH LLP |
| 10 | 50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235 |
| 11 | Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510 |
| 12 | Attorneys for Defendant |
| 13 | STEPHEN GOULD CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REFLEX PACKAGING, INC., | Case No. 5:10-cv-2909 (LHK) |
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER] OF (1) DISMISSAL WITH PREJUDICE AND (2) ACKNOWLEDGEMENT OF PATENT VALIDITY |
| v. | |
| STEPHEN GOULD CORPORATION, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PHDATA 3374061_2

CASE NO. 5:10-CV-2909 (LHK)

Reflex Packaging, Inc. and Stephen Gould Corporation ("Gould"), having settled the claims at issue in this suit, hereby jointly stipulate, as part of that settlement, to the entry of an Order of the Court as follows:

(1) Each party's claims and counterclaims in this action are dismissed with prejudice. Each party shall bear its own costs and attorney's fees, and

(2) Gould has acknowledged the validity and enforceability of U.S. Patent 6,520,337 (the "'337 Patent") and Gould will not, in the future, challenge the validity or enforceability of the '337 Patent or directly or indirectly assist any third party in challenging the validity and/or enforceability of the '337 Patent.

So stipulated,

Dated: April 12, 2011

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
Michael M. Carlson

Attorney for Plaintiff
REFLEX PACKAGING, INC.

Dated: April 12, 2011

DRINKER BIDDLE & REATH LLP

By: _____
S. Fey Epling
Gregory J. Lavorgna (pro hac vice)

Attorneys for Defendant
STEPHEN GOULD CORPORATION

IT IS SO ORDERED.

Date: April 12, 2011

_____
Hon. Lucy J. Koh
UNITED STATES DISTRICT JUDGE